## Commonwealth ex rel. Pedersen, Appellant, *v.* Sladkin, et al.

Before STEFAN, J.

Argued December 12, 1975. *Desmond J. McTighe*, with him *McTighe, Brown, Weiss, Bonner & Stewart*, for appellant; *Thomas E. Waters, Jr.*, with him *Waters, Fleer, Cooper & Gallager*, for appellees.

Order affirmed.

## Curtolo *v.* Curtolo, Appellant.

Before GRIFO, J.

Argued December 12, 1975. *David A. Martino*, with him *Leonard N. Zito*, for appellant; *Gus Milides* and *Richard J. Shiroff*, submitted a brief for appellee.

Order affirmed.

## De Hart, Appellant, *v.* Montgomery Hospital, et al.

Before HENRY, J.

Argued December 9, 1975. *James E. Colleran*, with him *Beasley, Hewson, Casey, Kraft & Colleran*, for appellant; *Patrick W. Kittredge*, with him *Roslyn G. Pollack*, and *Cohen, Shapiro, Polisher, Shiekman and Cohen*, for appellee, Joel Jurnovoy; *A. Grant Sprecher*, with him *Jane B. Porcelan*, and *Obermayer, Rebmann, Maxwell & Hippel*, for appellee, Montgomery Hospital.

Judgment affirmed.